WILLIAM W. McLAUGHLIN, Appellant, *v.* EDWARD F. McLAUGHLIN et al., Defendants, and ANNIE V. McLAUGHLIN, Respondent.

(Submitted January 9, 1933; decided February 28, 1933.)

*Jeremiah T. Mahoney* and *Vincent L. Leibell* for appellant.

*I. Gainsburg* and *Joseph P. Segal* for respondent.

Order affirmed, with costs, on the authority of *Rosenberg* v. *Salomon* (144 N. Y. 92). Question certified answered in the negative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.